Form 11-1

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division ▾

In re _Steven D. Zarling_

Debtor

_Richard Mason, not individually_

Plaintiff

_v._

_George Zarling aka Gary Zarlin_

Defendant

Case No. __18-35437__

Chapter __7__

Adv Proc.No. __19-00947__

## DEFERRAL OF ADVERSARY FILING FEE

Pursuant to Local Bankruptcy Rule 2015-1 of the United States Bankruptcy Court for the Northern District of Illinois, the above captioned the estate lacks the funds necessary to pay a filing fee for this matter and accordingly, the fee should be deferred.

Respectfully submitted,

Robert R. Benjamin, ~~attorney~~ for Trustee

Dated: _September 25, 2019_

_Richard Mason_
Name of Bankruptcy Trustee