U.S Bankruptcy Court, Northern District of Illinois

In re:

Bankruptcy Case No. **18-35437**

**STEVEN D. ZARLING**

Debtor(s)

Adversary Proceeding No. **19-00947**

**RICHARD MASON, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**

Plaintiff(s)

v.

**GEORGE ZARLING**
**AKA GARY ZARLING**

Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

To:   GEORGE ZARLING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Robert R. Benjamin
c/o Golan Christie Taglia LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a status hearing has been set at the following time and place:

**Address**

Dirksen Federal Building
219 South Dearborn
Courtroom 719
Chicago, IL 60604

Status Hearing Date and Time
November 6, 2019   at 10:30 AM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date Issued

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

Richard Mason, not individually but solely in his capacity as
Chapter 7 Trustee for the bankruptcy estate of Steven D.
Zarling v. George Zarling aka Gary Zarling

Adv Proc No: **19-00947**

_____
Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, _____ Amanda Leon _____, certify that service of this summons and a copy of the complaint was made ___ September 25, 2019 ___ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: George Zarling
1617 Greenwood Avenue
Hanover Park, IL 60133

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___ September 25, 2019 ___        Signature ___ (signature) ___

Print Name: ___ Amanda Leon ___

Business Address: Golan Christie Taglia LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602