UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-35437 |
| STEVEN D. ZARLING, | ) | |
| | ) | |
| Debtor | ) | Honorable David D. Cleary |
| | ) | |
| RICHARD J. MASON, not individually, | ) | |
| but solely in his capacity as Chapter 7 | ) | |
| Trustee for the bankruptcy estate of Steven | ) | |
| D. Zarling, | ) | Adversary No. 19-00947 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Chapter 7 |
| GEORGE ZARLING a/k/a GARY | ) | |
| ZARLING, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

To: Robert R. Benjamin, Anthony J. D'Agostino, Golan Christie Taglia LLP 70 West Washington Street, Suite 1500, Chicago, IL 60602 rrbenjamin@gct.law, ajdagostino@gct.law

**PLEASE TAKE NOTICE** that on the 25th day of February, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David D. Cleary in Courtroom 719 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL   60604; (312) 332-0267

## **CERTIFICATE OF SERVICE**

    The undersigned being first duly sworn on oath deposes and says that he served the foregoing notice and attached second motion for extension of time to answer or otherwise plead to Plaintiff's complaint on the above-referenced parties via the Court's CM/ECF System, on the 11th day of February, 2020, before the hour of 7:00 p.m. from 53 West Jackson Blvd., Chicago, IL 60604.

                                                                 /s/ Joel A. Schechter

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-35437 |
| STEVEN D. ZARLING, ) | |
| ) | |
| Debtor ) | Honorable David D. Cleary |
| ) | |
| RICHARD J. MASON, not individually, ) | |
| but solely in his capacity as Chapter 7 ) | |
| Trustee for the bankruptcy estate of Steven ) | |
| D. Zarling, ) | Adversary No. 19-00947 |
| ) | |
| Plaintiff ) | |
| v. ) | Chapter 7 |
| GEORGE ZARLING a/k/a GARY ) | |
| ZARLING, ) | |
| ) | |
| Defendant ) | |

## SECOND MOTION OF DEFENDANT, GARY ZARLING, FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, Gary Zarling ("Defendant") by and through his attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court for the entry of an order extending the time to answer or otherwise plead to the Complaint to Avoid and Recover Avoidable Transfers and Other Relief ("Complaint") filed by the Plaintiff, Richard J. Mason, not individually, but solely in his capacity as Chapter 7 Trustee ("Trustee") and in support thereof, state as follows:

1. On December 26, 2018, the Debtor, Steven D. Zarling ("Debtor") filed a voluntary petition pursuant to Chapter 7 of Title 11, United States Code.

2. On September 25, 2019, the Trustee filed his Complaint.

3. A summons was issued by the Clerk of the Bankruptcy Court requiring a motion or answer to the Complaint to be filed on or before October 25, 2019.

4. On November 6, 2019, an order was entered setting the time for Defendant to answer the Complaint by January 16, 2020, and resetting the status for January 23, 2020.

5. Defendant retained counsel on or about January 16, 2020, and an order was entered on January 23, 2020, granting Defendant's motion for extension of time to answer or otherwise plead to and including February 11, 2020.

6. The reasons for the extension previously requested were that counsel for the Defendant had requested from Debtor's counsel who handled the underlying bankruptcy case all of Debtor's documentation regarding the allegations raised in the Complaint for his review prior to filing either an answer or a motion attacking the sufficiency of the Complaint.

7. Unfortunately, Defendant's counsel has not received all of the requested documentation and, further, in preparation for leaving town for vacation on February 12, 2020, Defendant's counsel could not frame an answer or motion attacking the pleadings in time for filing on February 11, 2020.

8. Defendant hereby requests an extension of the time to answer or otherwise plead the Complaint to and including March 4, 2020.

9. Since the next status date is March 11, 2020, Defendant does not believe that any prejudice will result to the Trustee if the Court grants Defendant's request and the request herein is not made to unnecessarily delay the proceedings.

WHEREFORE, Defendant, Gary Zarling, prays the Honorable Court enter an order extending the time for Defendant to answer or otherwise plead to the Complaint to and including

March 4, 2020, and for such other and further relief as the Court may deem just and proper.

          Respectfully submitted,

          Gary Zarling, Defendant

          By: <u>Joel A. Schechter</u>
              His Attorney

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd., Suite 1522
Chicago, IL 60604
312-332-0267